UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JIAN KE,

               Plaintiff,

        -against-

BIMI HOLDINGS INC., TIEWEI SONG, and
OUDOM FNU,

               Defendants.

24-CV-6324 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

On February 7, 2025, and March 28, 2025, Plaintiff filed motions for a default judgment under Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2(b). *See* ECF Nos. 34, 43.

On August 11, 2025, the Court issued an Order to Show Cause ordering Defendants BIMI Holdings Inc. and Tiewei Song to respond in writing no later than August 22, 2025, as to why an order should not be issued granting a default judgment against Defendants. ECF No. 49. The Court warned that if Defendants BIMI Holdings Inc. and Tiewei Song failed to respond by that date, judgment may be entered against them. *Id*. Defendants failed to file anything by that deadline.

However, because Mr. Fnu has appeared and is defending this action, the Court declines to enter a default judgment at this time against the non-appearing Defendants to prevent against potential inconsistent results in this case's resolution. *See, e.g.*, *El Omari v. Buchanan*, No. 20 CIV. 2601 (VM), 2021 WL 465431, at *3 (S.D.N.Y. Feb. 9, 2021). Instead, the Court will resolve this motion after final resolution of this case as to Mr. Fnu. The Clerk of Court is directed to terminate ECF Nos. 34 and 43.

      SO ORDERED.

Dated: September 29, 2025
     New York, New York

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge